STATE OF CONNECTICUT *v.* SALVATORE PANELLA

It appearing that the state has failed to defend with proper diligence against the defendant's appeal, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that, unless the state files its brief on or before February 3, 1975, the judgment of the Superior Court in New Haven County finding the defendant guilty as charged is set aside and the case is remanded thereto with direction to render judgment that the defendant is not guilty and to order that he be discharged.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

*W. Paul Flynn,* for the appellant (defendant).